UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br>611 Pennsylvania Ave., SE #231<br>Washington, D.C. 20003<br><br>        *Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>200 Independence Ave SW<br>Washington, DC 20201,<br><br>        *Defendant.* | Civil Action No.: 24-439 |

## COMPLAINT

1. Plaintiff America First Legal Foundation ("AFL") brings this action against the United States Department of Health and Human Services ("HHS") to compel compliance with the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

### JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331. Additionally, it may grant declaratory relief pursuant to 28 U.S.C. § 2201, *et seq.*

3. Venue is proper in this District pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

## PARTIES

4. The Plaintiff, AFL, is a nonprofit organization working to promote the rule of law in the United States, prevent executive overreach, ensure due process and equal protection for all Americans, and encourage public knowledge and understanding of the law and individual rights guaranteed under the United States Constitution and the laws of the United States. AFL's mission includes promoting government transparency and accountability by gathering official information, analyzing it, and disseminating it through reports, press releases, and/or other media, including social media platforms, all to educate the public.

5. The Defendant HHS is an agency under 5 U.S.C. § 552(f), with its headquarters at 200 Independence Ave SW, Washington, DC 20201.

6. The Defendant has possession, custody, and control of the requested records.

## BACKGROUND

7. The Biden Administration has stated that it is committed to a transparent, open, and ethical government.[1]

---

[1] *FACT SHEET: Biden-Harris Administration Prioritizes Effectiveness, Accountability, and Transparency in Bipartisan Infrastructure Law Implementation,* THE WHITE HOUSE (Apr. 29, 2022), https://tinyurl.com/bdhrccyk; *Biden White House Pledges Data, Transparency, Respect for Free Press,* REUTERS *(Jan. 20, 2021),* https://tinyurl.com/3fzz25mf; *Mark Joyella, Biden's White House Press Secretary Promises 'Trust and Transparency,'* FORBES (Jan. 20, 2021), https://tinyurl.com/2p8729wz.

8. "Timely disclosure of records is also essential to the core purpose of FOIA." U.S. DEP'T JUST., Freedom of Information Act Guidelines (Mar. 15, 2022), https://tinyurl.com/2yd463dv.

## AFL'S FOIA REQUEST

9. On March 23, 2023, AFL submitted a FOIA request to HHS seeking communications to and from HHS Assistant Secretary for Health, Rachel Levine, from October 19, 2021, to the date that the FOIA is fully processed. *Ex. 1*.

10. This request sought a fee waiver. *Id*.

11. On March 27, 2023, AFL received a letter from HHS acknowledging the request and assigned it tracking number 2023-00613-FOIA-PHS. *Ex. 2*.

12. That email invoked an extension of ten days, for "unusual circumstances" and assigned the request to the complex processing track. *Id*.

13. On June 13, 2023, AFL sent an email to HHS asking for an update on the status of the FOIA. *Ex. 3*.

14. On June 14, 2023, HHS responded to AFL's email inquiry and stated that it estimated needing an additional six months to process the FOIA. *Id*.

15. On October 25, 2023, AFL again sent an email to HHS asking for an update on the status of the FOIA. *Ex. 4*.

16. HHS did not respond.

17. As of the date of this filing, Defendant HHS has not provided any records under this request.

## CLAIM FOR RELIEF

### Violation of the FOIA, 5 U.S.C. § 552

18. AFL incorporates paragraphs 1–17 by reference.

19. AFL properly requested records within the possession, custody, and control of the Defendant.

20. The Defendant failed to conduct searches for responsive records.

21. Moreover, because Defendant failed to conduct searches, it has failed to disclose any segregable, non-exempt portions of responsive records. *See* 5 U.S.C. § 552(b).

22. The Defendant has failed to respond to AFL's requests within the statutory time period. *See* 5 U.S.C. § 552(a)(6).

23. Accordingly, AFL has exhausted its administrative remedies. *See* 5 U.S.C. § 552(a)(6)(C).

24. The Defendant has violated the FOIA by failing to reasonably search for records responsive to AFL's FOIA request and release nonexempt records within the prescribed time limit.

## PRAYER FOR RELIEF

WHEREFORE, AFL respectfully requests that this Court:

i. Declare that the records sought by AFL's requests must be disclosed pursuant to 5 U.S.C. § 552;

ii. Order the Defendant to search immediately, demonstrating search methods reasonably likely to lead to the discovery of responsive records;

iii. Order the Defendant to produce by a date certain all non-exempt records responsive to AFL's FOIA requests, accompanied by a Vaughn index of any responsive records or portions of responsive records being withheld under a claim of exemption;

iv. Order the Defendant to grant AFL's requests for fee waivers;

v. Award AFL attorneys' fees and costs incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and

vi. Grant AFL such other and further relief as this Court deems proper.

Date: February 14, 2024

Respectfully Submitted

/s/ Jacob Meckler
Ian Prior (D.C. Bar No. 90001650)
Jacob Meckler (D.C. Bar No. 90005210)
Tel: (202) 964-3721
E-mail: ian.prior@aflegal.org
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Avenue SE #231
Washington, D.C. 20003
*Counsel for the Plaintiff*
*America First Legal Foundation*